UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R & M Auto Service Center, Inc. and Majed El Jamal

Plaintiff,

-v-

Datillo Petroleum, Inc.

Defendant.

Case No. 07 CIV 11109

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

R&M Auto Service Center, Inc. and Majed El ~~Jamal~~   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Date: 12/07/2007

Signature of Attorney

Attorney Bar Code: TG-0584

Form Rule7_1.pdf  SDNY Web 10/2007